# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Carolyn Moss, et al.

                Plaintiff,

v.                                                     Case No.: 3:21−cv−00561

William B. Lee, et al.

                Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 1/6/2022 re [70], [71].

                                                                             Lynda M. Hill
                                                    s/ Brandon Skolnik, Deputy Clerk